IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3058-D

| | | |
|---|---|---|
| KADEEM KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNNAMED DEFENDANT, | ) | |
| | ) | |
| Defendant. | ) | |

On March 6, 2026, Kadeem Kirk ("Kirk" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On March 10, 2026, Magistrate Judge Jones issued an order of deficiency directing Kirk to file his complaint on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Kirk that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id.

Kirk failed to comply with Magistrate Judge Jones's order, and the time to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 9 day of April, 2026.

JAMES C. DEVER III
United States District Judge